1  PATRICK T. CONNOR, Bar No. 89136
   pconnor@deconsel.com
2  YAN GERSHFELD, Bar No. 251375
   ygershfeld@deconsel.com
3  DeCARLO, CONNOR & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone:  213/488-4100
   Telecopier: 213/488-4180
6
7  ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
   ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8  FOR THE CARPENTERS SOUTHWEST TRUSTS

NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>   Plaintiffs,<br><br>v.<br><br>EXPRESS CONSTRUCTION SERVICES, INC., a California corporation; DON ADAM JIMENO, an individual; WILLIAM JACK ROBISON, an individual; JOSE GUADALUPE ZARAGOZA, an individual; MICHAEL DALE WILSON, an individual; BRIAN JOHN MACGREGOR, an individual; EXPRESS EMPLOYEE LEASING CO., INC., a Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC.; SURETY COMPANY OF THE PACIFIC, a California corporation; PLATTE RIVER INSURANCE COMPANY, Nebraska corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants.<br>_____ | CASE NO. CV 08-02072 VBF(RZx)<br><br>JUDGMENT<br><br>Before the Honorable<br>   Valerie Baker Fairbank<br><br><br>DATE: October 6, 2008<br>TIME: 1:30 p.m.<br>CTRM: 9 |

This case came for hearing on October 6, 2008 before the Honorable Valerie Baker Fairbank, United States District Court Judge.

It appearing that defendants, EXPRESS CONSTRUCTION SERVICES, INC., a California corporation, DON ADAM JIMENO, an individual, and EXPRESS EMPLOYEE LEASING CO., INC., a Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC., having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST AND FIFTH CLAIMS FOR RELIEF AGAINST EXPRESS CONSTRUCTION SERVICES, INC., a California corporation:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $182,578.45 |
| 2. | Liquidated damages based on original contributions | 20,352.98 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date | 1,314.06 |
| 4. | Audit Fees | 3,424.50 |
| 5. | NSF Bank charges | 160.00 |
| 6. | Interest from due dates to October 6, 2008 | |

| | | |
|---|---|--:|
| | (accruing at $39.45 per day) | 14,132.32 |
| 7. | Attorneys' fees pursuant to Local Rule 55-3 | 7,756.60 |
| | GRAND TOTAL | $229,718.91 |
| 8. | Plus costs to be determined after entry of judgment. | |

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF AGAINST DON ADAM JIMENO, an individual:

| | | |
|---|---|--:|
| 1. | Unpaid contributions | $38,935.74 |
| 2. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to October 6, 2008 (accruing at $7.57 per day) | 2,262.62 |
| 3. | Attorneys' fees pursuant to Local Rule 55-3 | 2,936.14 |
| | GRAND TOTAL | $44,134.50 |
| 4. | Plus costs to be determined after entry of judgment. | |

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST EXPRESS CONSTRUCTION SERVICES, INC., a California corporation:

For an order compelling EXPRESS CONSTRUCTION SERVICES, INC., a California corporation to submit its reports for the period November 2007 to present, with payment for the fringe benefit contributions.

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS

3

<u>SOUTHWEST TRUSTS' FOURTH CLAIM FOR RELIEF AGAINST EXPRESS CONSTRUCTION SERVICES, INC., a California corporation:</u>

1. For issuance of a permanent injunction restraining and enjoining EXPRESS CONSTRUCTION for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

   a. Complete, truthful and accurate Employers Monthly Reports to Trustees for the period November 2007 through the present,

   b. A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of EXPRESS CONSTRUCTION, employed during the previous month under the AGREEMENT,

   c. A declaration from a responsible employee of EXPRESS CONSTRUCTION, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for EXPRESS CONSTRUCTION's Monthly Report; and

   d. Checks for the full amount shown as owing to each Trust on EXPRESS CONSTRUCTION's Monthly Report, payable as designated on the Monthly Report.

////

////

////

////

AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SIXTH CLAIM FOR RELIEF AGAINST EXPRESS CONSTRUCTION SERVICES, INC., a California corporation, and EXPRESS EMPLOYEE LEASING CO., INC. a Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC.:

1. For a determination that EXPRESS LEASING is the alter ego of EXPRESS CONSTRUCTION;

2. Unpaid contributions — $182,578.45

3. Liquidated damages based on original contributions — 20,352.98

4. Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to billing date — 1,314.06

5. Audit Fees — 3,424.50

6. NSF Bank charges — 160.00

7. Interest from due dates to October 6, 2008 (accruing at $39.45 per day) — 14,132.32

8. Attorneys' fees pursuant to Local Rule 55-3 — 7,756.60

GRAND TOTAL — $229,718.91

9. Plus costs to be determined after entry of judgment.

DATED: October 23, 2008

*Valerie Baker Fairbank*
_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE