| | |
|---|---|
| 1 | CASEY JENSEN, Bar No. 263593 |
| | cjensen@deconsel.com |
| 2 | DeCARLO & SHANLEY, |
| | a Professional Corporation |
| 3 | 533 S. Fremont Avenue, Ninth Floor |
| | Los Angeles, California 90071-1706 |
| 4 | Telephone: (213) 488-4100 |
| | Telecopier: (213) 488-4180 |
| 5 | |
| 6 | ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, | ) ) ) ) ) ) | CASE NO. CV 08-02072 VBF(RZx) [PROPOSED] RENEWAL OF JUDGMENT BY CLERK |
| Plaintiffs, | ) | |
| v. | ) | |
| EXPRESS CONSTRUCTION SERVICES, INC., a California corporation; DON ADAM JIMENO, an individual; WILLIAM JACK ROBISON, an individual; JOSE GUADALUPE ZARAGOZA, an individual; MICHAEL DALE WILSON, an individual; BRIAN JOHN MACGREGOR, an individual; EXPRESS EMPLOYEE LEASING CO., INC., a Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC.; SURETY COMPANY OF THE PACIFIC, a California corporation; PLATTE RIVER INSURANCE COMPANY, Nebraska corporation; and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1     The judgment debtors, EXPRESS CONSTRUCTION SERVICES, INC., a California corporation, EXPRESS EMPLOYEE LEASING CO., INC., a Nevada corporation, also known as EXPRESS EMPLOYEE LEASING, INC., ("CORPORATIONS") and DON ADAM JIMENO, an individual, ("INDIVIDUAL"), having judgment entered against them on October 27, 2008.

    NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("CARPENTERS TRUSTS"), and upon declaration that CORPORATIONS and INDIVIDUAL have failed to pay the total amount of said judgment; and that CORPORATIONS and INDIVIDUAL are indebted to CARPENTERS TRUSTS.

    That judgment against CORPORATIONS be renewed in the amount of $266,891.33 and that CARPENTERS TRUSTS recover as follows:

Judgment as entered:

| | | | |
|---|---|---|---:|
| | a. | Principal | $ 206,515.93 |
| | b. | Judgment interest | $ 15,446.38 |
| | c. | Costs | $ 0.00 |
| | d. | Attorney Fees pursuant to Local Rule 14.12 | $ 7,756.60 |
| Subtotal (Judgment as entered) | | | $ 229,718.91 |
| | a. | Total Judgment | $ 229,718.91 |
| | b. | Credit received | $ 3,169.34 |
| | c. | Interest after judgment computed from October 27, 2008 through October 10, 2018 at 1.66% ($11.95 per day) | $ 40,341.76 |
| | d. | Subtotal | $ 266,891.33 |
| | e. | Costs after judgment | $ 0.00 |
| Total Renewed Judgment | | | $ 266,891.33 |

////

2

IT IS HEREBY requested that judgment against INDIVIDUAL be renewed in the amount of $48,259.56 and that CARPENTERS TRUSTS recover as follows: Judgment as entered:

| | | | | |
|---|---|---|---|---:|
| a. | Principal | ................................................................ | $ | 38,935.74 |
| b. | Judgment interest | ................................................................ | $ | 2,262.62 |
| c. | Costs | ................................................................ | $ | 0.00 |
| d. | Attorney Fees pursuant to Local Rule 14.12 | ............... | $ | 2,936.14 |
| Subtotal (Judgment as entered) | | ................................................................ | $ | 44,134.50 |
| a. | Total Judgment | ................................................................ | $ | 44,134.50 |
| b. | Credit received | ................................................................ | $ | 3,169.34 |
| c. | Interest after judgment computed from October 27, 2008 through October 10, 2018 at 1.66% ($2.16 per day) | ................................................................ | $ | 7,294.40 |
| d. | Subtotal . | ................................................................ | $ | 48,259.56 |
| e. | Costs after judgment | ................................................................ | $ | 0.00 |
| Total Renewed Judgment | | ................................................................ | $ | 48,259.56 |

DATED: 10/17/18

B. Moss
DEPUTY CLERK
UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY: _____
CASEY JENSEN
Attorneys For Judgment Creditors,
Carpenters Southwest Administrative
Corporation and Board of Trustees
For the Carpenters Southwest Trusts

3

# PROOF OF SERVICE (By Mail)
(Carpenters v. Express Construction Services, Inc., etc.,)
(USDC Case No. 2:08-cv-02072-VBF-RZ)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On October 10, 2018, I served a copy of the foregoing document, described as:
**[PROPOSED] RENEWAL OF JUDGMENT BY CLERK**

**on defendants, addressed as follows:**

Express Construction Services, Inc.
a California corporation
27570 Commerce Center Dr., Suite 219
Temecula, CA 92590

Don Adam Jimeno, an individual
(adddress redacted)
Temecula, CA 92590

Express Employee Leasing Co., Inc.,
a Nevada corporation, also known as
Express Employee Leasing, Inc.
27570 Commerce Center Dr., Suite 219
Temecula, CA 92590

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X] **(BY DEPOSIT FOR COLLECTION)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on October 10, 2018, at Los Angeles, California.**

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco